| | |
|---|---|
| 1 | LONG K. BUI, ESQ. (BAR NO. 189662) |
| 2 | Law Offices of Sakaida and Bui<br>2355 Westwood Blvd., Suite 327 |
| 3 | Los Angeles, CA 90064<br>Telephone: 310-473-9153 |
| 4 | Facsimile: 310-477-2215<br>long@sakaidabui.com |
| 5 | |
| 6 | Attorneys for Plaintiff<br>FEDEX CORPORATE SERVICES, INC. |
| 7 | |
| 8 | Michael Jay Berger (SBN 100291)<br>LAW OFFICES OF MICHAEL JAY BERGER |
| 9 | 9454 Wilshire Blvd., 6th Floor<br>Beverly Hills, California 90212 |
| 10 | Telephone: 310-271-6223<br>Facsimile: 310-271-9805 |
| 11 | Michael.berger@bankruptcypower.com |
| 12 | Attorney for Defendants BCT Deals, Inc.,<br>a California Corporation dba Best Costumes |
| 13 | & Toys Deals |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEDEX CORPORATE SERVICES, INC., | Case No. 2:20-cv-01385-AB-JEM |
| Plaintiff, | **STIPULATION REGARDING DISMISSAL AND RETENTION OF JURISDICTION** |
| v. | |
| BCT DEALS, INC., a California Corporation dba Best Costumes & Toys Deals, | |
| Defendants. | |

The parties, through their respective attorney of record, enter into this Stipulation based on the following facts:

A.   FedEx Corporate Services, Inc. initiated this action against the above

named Defendants to recover shipping charges allegedly owed by Defendants, BCT Deals, Inc., a California Corporation dba Best Costumes & Toys Deals ("Defendants").

B.  Without any admission of wrongdoing, the parties have reached an agreement to settle this litigation in its entirety. The terms of the settlement include payment over time that extend through December 15, 2030 with the stipulation that judgment may be entered against Defendants if it defaults in its payment obligations.

C.  The parties agree that the possibility of default and recourse to entry of stipulated judgment requires this Court to retain jurisdiction through the end of the payment schedule.

Therefore, the parties hereby stipulate that an order may be issue dismissing this case with prejudice with the court expressly retaining jurisdiction through December 15, 2030 for the purpose of enforcement of the parties' settlement agreement and entry of judgment against Defendants, BCT Deals, Inc., a California Corporation dba Best Costumes & Toys Deals in the event of a default in its payment obligations.

It is so stipulated.

This the 19th day of April, 2021.

By:   /s/Long K. Bui
         Long K. Bui

         Attorneys for Plaintiff
         FEDEX CORPORATE SERVICES, INC.

By:   /s/Michael Jay Berger
         Michael Jay Berger
         Attorney for Defendants,
         BCT Deals, Inc., a California Corporation dba
         Best Costumes & Toys Deals